LEO P. FLANGAS, ESQ.
Nevada Bar No. 005623
FLANGAS LAW OFFICE, LTD.
7465 W. Lake Mead Blvd., Suite 100
**Las Vegas, NV 89101**
Telephone: (702) 384-1990
Facsimile: (702) 384-1009
Email:leo@flangaslawoffice.com
*Attorney for Defendant, Delfino Gomez*

**UNITED STATES DISTRICT COURT**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:17-cv-01855-JAD-PAL |
| Plaintiff, | |
| vs. | |
| COCO BEACH COPROATION dba COCO BEACH SEA FOOD and MEXICAN RESTAURANT and DELFINO GOMEZ, individually, | |
| Defendants. | |
| DELFINO GOMEZ, | |
| Third Party Complainant, | |
| Vs. | **STIPULATION TO WITHDRAW PLAINTIFF'S MOTION TO STRIKE WITHOUT PREJUDICE AND ALLOWANCE FOR DEFENDANT/THIRD PARTY-CLAIMANT TO FILE AN AMENDED THIRD-PARTY COMPLAINT** |
| COCO BEACH CORPORATION, a Nevada Corporation, dba, Coco Beach Sea Food and Mexican Restaurant, JOSE MANUEL ROSAS, aka// Jose Manuel Rosas Ortega, DOES I-X; and ROE BUSINESS ENTITIES XXI – XXX, | |
| Third Party Defendants. | |

COME NOW, the Defendant/Third Party Complainant, DELFINO GOMEZ, by and through his attorney of record, LEO P. FLANGAS, ESQ., of the FLANGAS LAW FIRM, LTD., and Plaintiff, J & J SPORT PRODUCTION, INC.'s, by and through PETER DUBOWSKY, ESQ., of the DUBOWSKY LAW OFFICE, CHTD, and hereby stipulate that the Plaintiff will withdraw their Motion to Strike Answer and 3rd Party Complaint, without prejudice, and

authorizing the Defendant/Third Party Complainant to file an Amended Answer Third Party Complaint.

DATED this 25 day of April, 2018.

_____
Peter Dubowsky, Esq.
DUBOWSKY LAW OFFICE, CHTD.
300 S. Fourth Street, Suite 1020
Las Vegas, Nevada 89101-6027
(702) 360-3500
peter@dubowskylaw.com

DATED this 25th day of April, 2018.

_____
Leo P. Flangas, Esq.
FLANGAS LAW FIRM, LTD.
600 S. Sixth Street
Las Vegas, Nevada 89101
(702) 384-1990
leo@flangaslawfirm.com

**IT IS SO ORDERED** this 8th day of May, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTFICATE OF SERVICE**

I hereby certify that on the _____ day of April, 2018, a true and correct copy of the forgoing Joint Stipulation to Withdraw Plaintiff's Motion to Strike, without prejudice, and to permit the Defendant to file an Amended Answer and Third Party Complaint, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic service to counsel of record receiving electronic notification.

_____
An employee of the Flangas Law Firm, Ltd.