LEO P. FLANGAS, ESQ.
Nevada Bar No. 005623
FLANGAS LAW OFFICE, LTD.
7465 W. Lake Mead Blvd., Suite 100
Las Vegas, NV 89101
Telephone: (702) 384-1990
Facsimile: (702) 384-1009
Email: leo@flangaslawoffice.com
*Attorney for Defendant, Delfino Gomez*

# UNITED STATES DISTRICT COURT

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> COCO BEACH COPROATION dba COCO BEACH SEA FOOD and MEXICAN RESTAURANT and DELFINO GOMEZ, individually, <br><br> Defendants. <br><br> DELFINO GOMEZ, <br><br> Third Party Complainant, <br><br> Vs. <br><br> COCO BEACH CORPORATION, a Nevada Corporation, dba, Coco Beach Sea Food and Mexican Restaurant, JOSE MANUEL ROSAS, aka// Jose Manuel Rosas Ortega, DOES I-X; and ROE BUSINESS ENTITIES XXI – XXX, <br><br> Third Party Defendants. | Case No. 2:17-cv-01855-JAD-PAL <br><br><br><br><br><br><br><br><br><br><br> **STIPULATION TO EXTEND DEADLINE DATE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE** <br><br> (First Request) <br><br> ECF No. 21 |

COME NOW, the Defendant/Third Party Complainant, DELFINO GOMEZ, by and through his attorney of record, LEO P. FLANGAS, ESQ., of the FLANGAS LAW FIRM, LTD., and Plaintiff, J & J SPORT PRODUCTION, INC.'s, by and through PETER DUBOWSKY, ESQ., of the DUBOWSKY LAW OFFICE, CHTD, and hereby stipulate that the Defendant shall have up to July 13, 2018, to file his Opposition to Plaintiff's Motion to Strike. The reason for the

Defendants request for a stipulation to file their opposition to the Plaintiff's Motion to Strike is two fold: (1) Counsel's family will be on holiday during the fourth of July week and (2) the Plaintiff raises some issues which counsel is unfamiliar with and will need time to research. The Plaintiff filed their Motion to Strike Defendant's Affirmative Defenses on June 20, 2018. Defendant's Opposition, without the stipulation to extend, is currently due on July 4, 2018.

DATED this 3rd day of July, 2018.

DATED this 2nd day of July, 2018.

Peter Dubowsky, Esq.
Amanda C. Volger-Heaton, Esq.
DUBOWSKY LAW OFFICE, CHTD.
300 S. Fourth Street, Suite 1020
Las Vegas, Nevada 89101-6027
(702) 360-3500
peter@dubowskylaw.com

Leo P. Flangas, Esq.
FLANGAS LAW FIRM, LTD.
600 S. Sixth Street
Las Vegas, Nevada 89101
(702) 384-1990
leo@flangaslawfirm.com

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that the deadline to respond to the motion to strike [ECF No. 17] is EXTENDED to July 13, 2018.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 9, 2018